PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

John Gabriel Rios #171092 and # 11061

Plaintiff's Name and ID Number

Lubbock county sheriff's office/Detention center

Place of Confinement And Lynn county sheriff's office

JAN 17 2024 AM 8:51
FILED - USDC - NDTX - LU
JM

CASE NO. **5:24-CV-25-H**

(Clerk will assign the number)

v.

Sheriff Trey Wilson and unidentified individuals
400 37th Street
Snyder Texas 79549

Defendant's Name and Address

Sheriff Wonda Mason and unidentified individuals
810 Lockwood Street
Tahoka Texas 79373

Defendant's Name and Address

Sheriff Kelly S. Rowe and unidentified individuals
3502 North Holly Avenue
Lubbock Texas 79403

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.



1

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: Jan. 2nd 2024   9:22 Am

        2.  Parties to previous lawsuit:

        Plaintiff(s) Rios

        Defendant(s) Trey wilson, et. al.

        3.  Court: (If federal, name the district; if state, name the county.) Northern   Lubbock

        4.  Cause number: 5:24-cv-00001-C

        5.  Name of judge to whom case was assigned: Cummings

        6.  Disposition: (Was the case dismissed, appealed, still pending?) dismissed

        7.  Approximate date of disposition: 1/8/24   10:35 Am



I. previous lawsuits:
1. 10/11/2022    13:55:53 pm
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:22-cv-00266-c
5. cummings
6. case closed
7. 12/18/23    1:54 pm

I. Previous lawsuits:
1.
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:22-cv-00307-H
5. Hendrix
6. Unknown transfered
7. 12/06/22 - 12/21/22

I. Previous law suits:
1.
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:22-cv-00318-H
5. Hendrix
6. pending
7.

I. Previous law suits:
1. 5/24/23    9:45 Am
2. Rios v. Lubbock county sheriff's office, et.al.
3. Northern Lubbock
4. 5:23-cv-00109-BQ
5. Bryant Jr
6. Pending
7.

I. Previous lawsuits:
1. 6/14/23    4:23 pm
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:23-cv-00126-H
5. Hendrix
6. Pending
7.

I. Previous lawsuits:
1. 6/27/23    1:31 pm
2. Rios v. Lubbock county sheriff's office, et.al.
3. Northern Lubbock
4. 5:23-cv-00137-H
5. Hendrix
6. pending
7.

I. Previous lawsuits:
1. 6/21/23    9:41 Am
2. Rios v. wanda mason
3. Northern Lubbock
4. 5:23-cv-00157-c
5. Cummings
6. Dismissed
7. 10/9/23

I. previous lawsuits:
1.
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:23-cv-00176-c
5. Cummings
6. Dismissed
7. 12/18/23

(3)

INMATE GRIEVANCE

TO: GRIEVANCE OFFICER

FROM: _____

Name of inmate

_____

Cell and/or Cell Block Number

_____

Date Filed

_____

Date Confined

SIR:

I WISH TO FILE A GRIEVANCE. I CERTIFY THAT MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

STATEMENT

(Please print or write legibly. Include all dates, times, and names of persons involved, including witnesses if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Your Signature

Seal this completed form in an envelope and it will be delivered unopened, to the grievance officer the same day or the next normal workday.

I. Previous law suits: ↓
1. 9/25/23  7:45 AM
2. Rios v. Lynn county sheriff's office
3. Northern Lubbock
4. 5:23-cv-00224-H
5. Hendrix
6. Dismissed
7. 12/15/23

I. Previous lawsuits:
1. 10/17/23  8:21 am
2. Rios v. Wanda Mason, et al.
3. Northern Lubbock
4. 5:23-cv-00245-H
5. Hendrix
6. Pending
7.

I. previous lawsuits:
1. 11/6/23  8:44 AM
2. Rios v. Wanda Mason, et al.
3. Northern Lubbock
4. 5:23-cv-00270-H
5. Hendrix
6. Pending
7.

I. Previous lawsuits:
1. 11/7/23  9:13 am
2. Rios v. Kelly s. Rowe, et al.
3. Northern Lubbock
4. 5:23-cv-00271-c
5. Cummings
6. Pending
7.



I. Previous lawsuits: ↓
1. 11/28/23
2. Rios v. Darren Walters, et al.
3. Northern Lubbock
4. 5:23-cv-00286-H
5. Hendrix
6. Dismissed
7. 12/15/23

I. Previous lawsuits:
1. 12/19/23  8:41 Am
2. Rios v. B. Meyer, et al.
3. Northern Lubbock
4. 5:23-cv-00302-c
5. Cummings
6. Pending
7.

I. Previous lawsuits:
1. 12/19/23  8:36 Am
2. Rios v. M. Rosas, et al.
3. Northern Lubbock
4. 5:23-cv-00303-c
5. Cummings
6. Dismissed
7. 1/2/24

I. Previous lawsuits:
1. 12/20/23
2. Rios v. Burk, et al.
3. Northern Lubbock
4. 5:23-cv-00305-H
5. Hendrix
6. Pending
7.

# LUBBOCK COUNTY SHERIFF'S OFFICE
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**NOTE:** Any form not properly filled out completely <u>WILL NOT BE PROCESSED</u>

INMATE'S NAME: _____     DATE: _____

LSO#: _____     CELL LOCATION: _____

Booking # _____

| A GRIEVANCE IS: | | |
|---|---|---|
| | 1 | A VIOLATION OF CIVIL RIGHTS |
| | 2 | A CRIMINAL ACT |
| | 3 | UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES |
| | 4 | PROHIBITED ACT BY FACILITY OR STAFF |

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, put it in a sealed envelope and it will be delivered to the grievance officer.

Statement
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

INMATE SIGNATURE: _____

This statement is true and correct to the best of my knowledge and belief.

| (FOR OFFICIAL USE ONLY: DO NOT WRITE BELOW THIS LINE) | USE BACK IF NECESSARY |
|---|---|
| OFFICIAL RESPONSE | |

RESPONDING OFFICER SIGNATURE: _____     DATE: _____

DET-4005
REVISED: 7-21-2010

I. Previous lawsuits: ↓
1. 12/21/23 8:51 Am
2. Rios v. D. Miller, et. al,
3. Northern Lubbock
4. 5:23-cv-00306-C
5. Cummings
6. pending
7.

I. Previous lawsuits:
1. 1/2/24 9:24 Am
2. Rios v. Moron, et. al,
3. Northern Lubbock
4. 5:24-cv-00002-H
5. Hendrix
6. Pending
7.

I. Previous lawsuits:
1. 1/4/24 8:38 Am
2. Rios v. Kelly S. Rowe, et. al,
3. Northern Lubbock
4. 5:24-cv-00006
5. Hendrix
6. Pending
7.

I. Previous lawsuits:
1. 1/4/24 8:39 Am
2. Rios v. T. Smith, et. al,
3. Northern Lubbock
4. 5:24-cv-00007-H
5. Hendrix
6. Pending
7.

I. Previous law suits: ↓
1. 1/4/24
2. Rios v. Kelly S. Rowe, et. al,
3. Northern Lubbock
4. 5:24-cv-00008-H
5. Hendrix
6. pending
7.

I. Previous law suits:
1. 1/5/24 9 Am
2. Rios v. cummings, et. al,
3. Northern Lubbock
4. 5:24-cv-00010-H
5. Hendrix
6. Pending
7.

I. Previous law suits:
1. 10/5/23
2. Rios v. Jack curd, et. al,
3. Northern Lubbock
4. 7:23-cv-00108-0
5. Reed o connor
6. pending
7.

I. Previous law suits:
1.
2.
3. Northern Lubbock
4.
5.
6.
7.

⑤

# Scurry County Inmate Grievance

Inmate Name: _____    Date: _____

**Grounds for this grievance.  (must choose at least one)**

_____ Violation of rights
_____ Criminal act
_____ Unjust denial or restriction of Inmate privileges
_____ Prohibited act by Staff

I wish to file a grievance.  I certify that my statement is true and correct to the best of my knowledge.  I understand any false statement will result in disciplinary action against me.

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature: _____

**(For Staff Only)**

## Grievance Disposition

Date received: _____                Date answered: _____
**Outcome of the Grievance:**

_____
_____
_____
_____
_____
_____
_____

Grievance Officer: _____

II.    PLACE OF PRESENT CONFINEMENT: Lubbock County Sheriff's office/Detention center

III.    EXHAUSTION OF GRIEVANCE PROCEDURES: Grievance Filed 12/3/2023 nite, 12/4/2023 early morning then transported with no answer or response, on 12/04/2023 Around 1:30pm.

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

    A.  Name and address of plaintiff: John Gabriel Rios #171092 | John Gabriel Rios #71061 | John Gabriel Rios #25529

mailing: P.O. Box 10535  Physical: 3502 North Holly Ave | 810 Lockwood street | 400 37th street
Lubbock, TX 79408   Lubbock, TX 79403 | Tahoka, TX 79373 | Snyder, TX 79549

    B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Trey Wilson/unidentified individuals; sheriff/employee's; Scurry county sheriff's office; 400 37th street snyder, TX 79549.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

U.S.C.A. X, I, XIV, VIII, 18 U.S.C. §2385, §2381, T.G.C. §501.003

Defendant #2: Kelly S. Rowe/unidentified individuals; sheriff/employee's; Lubbock county sheriff's office; P.O. Box 10535 Lubbock, TX 79408

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

U.S.C.A. X, I, XIV, VIII, 18 U.S.C. §2385, §2381, T.G.C. §501.003

Defendant #3: Wanda Mason/unidentified individuals; sheriff/employee's; Lynn county sheriff's office; 810 lockwood street Tahoka, TX 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

U.S.C.A. X, I, XIV, VIII, 18 U.S.C. §2385, §2381, T.G.C. §501.003

Defendant #4: Greg Abbott/unidentified individuals; Attorney General/employee's; office of the attorney general; P.O. Box 12198 Austin, TX 79711-2198

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

U.S.C.A. X, I, XIV, VIII, 18 U.S.C. §2385, §2381, T.G.C. §501.003, Tex.Civ.Prac. and Rem.code §30.004

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____



3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Treason, Rights reserved to states, Right to assemble and to petition, Citizenship rights not to be abridged, Cruel and unusual punishment, Religious establishment Prohibited, Advocating overthrow of government, Food, Lynn County Sheriff's office 810 Lockwood street Tahoka Texas 79373, Scurry county Sheriff's office 400 37th street snyder Texas 79549, Lubbock county Sheriff's office /Detention center 3502 North Holly Avenue Lubbock Texas 79403, December 1st 2023 continued, Wanda Mason/unidentified individuals, Trey Wilson/unidentified individuals, Kelly S. Rowe/unidentified individuals, Greg Abbott/unidentified individuals with notice, Food Violations by Trey Wilson/unidentified individuals at scurry county Sheriff's office december 1st 2023 continued, in aid for Wanda Mason/unidentified individuals and Kelly S. Rowe/unidentified individuals with kidnapping, Willfully advocating overthrow of government by teaching Food Violations that kill slowly, Religious establishment Prohibited by food violations that kill my growth as A satanist in carnivore wholesome Foods Prepared under sanitary conditions, Cruel and unusual punishment by food violations that kill my growth as A satanist in carnivore wholesome foods prepared under sanitary conditions, Citizenship rights not to be abridged by food violations depriving life that kill my growth as A satanist in carnivore, wholesome Foods Prepared under sanitary conditions in the united states and state of Texas, Right to assemble and to petition by Food Violations grievance submitted december 3rd late night through the 4th early morning of 2023 in Pod 308 cell 309 with bail denial to opinion by Refusing to respond with answer when transported december 4th 2023 around 1:30 P.m, Rights reserved to states by Food Violations systemic to John Gabriel Rios as Prosecutor in this special use, TREASON by food violations, advocating overthrow of government, Religious establishment prohibited, cruel and unusual punishment, citizenship rights not to be abridged, Right to assemble and to petition, Rights reserved to states, citizens Pugnacious to Nationality of John Gabriel Rios A son of satan, traitorous, Traitors still at large having direct ties with the special Prosecutor by confinement, county jail hold and the willingness to aid in A kidnapping that can be again transported at the traitors discretion and without court approved process, unlawful process, Greg Abbott/unidentified individuals "Notice To Attorney General for Certain suits", John Gabriel Rios has emotional have invaluable nationality construction for the way traitors kill, Continued imminent danger.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Court cost Paid, Pro-se Fee of 40% of all money awards to be additional.
✱ TREASON, Both Penalties, Death Penalty, and Fined the value of Plaintiff times milliseconds of Treason in Food Violations times two & half for John Gabriel Rios and half for the United States.
✱ Food, Meal Plan for John Gabriel Rios to grow as A Satanist in carnivore wholesome foods prepared under sanitary conditions Provided in sufficient Quantity and reasonable variety, Fed good, Three complete meals and Three complete snack meals, No Vegetables, No bread, No Pasta, King size candy bars, Protien Bars and Protien shakes animal based, Pork Skin chips, Meat with cheese or meat with BBQ Sauce, for lunch and Dinner with Dr. pepper, Eggs with cheese, meat, Fruit, Protien Bar and Protien Powder animal based, Peanut butter, Breakfast with juice or coffee, Protien Bar and Protien shake animal based for snacks, All Meals complete by Per day but can be more and weighed once Per week.

VII.   GENERAL BACKGROUND INFORMATION: Food with grams of protien no less than two times my body weight

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John Gabriel Rios; Phrase representative; Pro-se Rep.; Foreign followers; Running, Slave; Running around; Slaving around; Enslaved Again; Son of satan; son of satan's son of sin.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#171082; #25529; #11061, #10660, #15680; 1898762; 747007 DD 8

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ✓ YES ____ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern Lubbock

2. Case number: 5:21-cv-000 58-H

3. Approximate date sanctions were imposed: 3/28/22

4. Have the sanctions been lifted or otherwise satisfied?    ✓ YES ____ NO



4

C.  Has any court ever warned or notified you that sanctions could be imposed?     _____YES_____NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1.  Court that issued warning (if federal, give the district and division):_____

  2.  Case number:_____

  3.  Approximate date warning was issued:_____

Executed on: **1/11/2024**
                    DATE

                                                    John Gabriel Rios
                                                    _____
                                                    (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **eleventh** day of **January** , 20 **24** .
              (Day)                      (month)                      (year)

                                                    John Gabriel Rios
                                                    _____
                                                    (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Name: Rios, John
S.O.#: LT1092
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

PC
105

**RETURN SERVICE REQUESTED**

FIRST CLASS

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 79401   $ 001.83⁰
02 4W
0000386595 JAN 12 2024

RECEIVED

JAN 1 7 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL ONLY ⚡

United States District Court
Northern District of Texas
Office of the clerk
1205 Texas Avenue, Room 209
Lubbock, TX 79401

INDIGENT

New Trey Wilson suit
+
mag consent 5:24-cv-00010-H